## WILLIAM M. BUTLER *et al.*

### *v.*

## THE CITY OF CHICAGO.

SPECIAL ASSESSMENT — *certificate of publication.* A certificate of publication of the notice of making a special assessment by the Board of Public Works in the city of Chicago, or that of the application for confirmation thereof by the common council, is fatally defective if it fails to state the date of the last paper containing the notice, or something equivalent thereto, and the objection goes to the jurisdiction of the court, and will defeat an application for judgment.

APPEAL from the Superior Court of Chicago.

The opinion states the case.

Messrs. BARKER & TULEY, for the appellants.

Mr. S. A. IRVIN, for the appellee.

Per CURIAM: This was an application for judgment upon the city collector's report of a special assessment warrant. The objectors produced in evidence certified copies of all the proceedings on the part of the city, and from which it appears that the certificate of publication of the notice of making the

assessment by the board is fatally defective, in not stating the date of the last paper containing the notice, or any thing equivalent thereto. So also is that of the application for confirmation by the common council. If this record, in the form in which it was presented to the court below, had been returned to a *certiorari*, the court would have been bound to quash the proceedings. We think it was equally effective to defeat the judgment asked for, for want of jurisdiction. The judgment of the court below must be reversed and the cause remanded.

*Judgment reversed.*[*]

[*] JAMES H. KEELER et al. v. CITY OF CHICAGO. In this case the same question was involved and the same decision rendered.